1  **Christopher VonSchlobohm**
2  **434 North Bedford Drive**
3  **Los Angeles, CA 90210**
4  **Tel.: +1(310) 205-0670**
5  **Email: drsusan90210@gmail.com**

FILED
2019 AUG 23  PM 4:37

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VONSCHLOBOHM, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al. <br><br> Defendants. | **CV19-7358-DOC (JE)** <br><br> CASE NO.: <br><br> **DECLARATION IN SUPPORT OF COMPLAINT** |

I, Christopher VonSchlobohm, declare under the penalty of perjury under the laws of the United States of America as follows:

1. My name is Christopher VonSchlobohm, I am over the age of eighteen, am of sound mind, and am capable of making this declaration. The facts stated herein of my personal knowledge and are true and correct,

36   2. I declare under the penalty of perjury that the foregoing Complaint is true and

37   correct on this 22nd Day of August 2019.

38   Dated: August 22, 2019
39   Los Angeles California
40

41   For Plaintiff

42   *[signature]*

43   Christopher VonSchlobohm