UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VON SCHLOBOHM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:19-07358 DOC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation, dated November 6, 2019 [Dkt. No. 33], of the assigned United States Magistrate Judge, Plaintiff's Memorandum of Law, Objections to Report and Recommendation ("Objections") [Dkt. No. 38], and Exhibits for Objections to Report and Recommendation. [Dkt. No. 39].

Nothing in the Objections refutes the Magistrate Judge's finding that all claims in the current case against the judicial defendants, Judge Mark Juhas and Judge Natalie Stone, are barred by the Rooker-Feldman doctrine and by absolute judicial immunity.

[Dkt. No. 74]. Plaintiff's Objections largely reargue the same assertions made in his written and oral oppositions to the motion to dismiss. Moreover, Plaintiff's case law citations do not support the contention that the Magistrate Judge incorrectly applied the law.

After thorough analysis and consideration of the Report and Recommendation, and having performed a <u>de</u> <u>novo</u> review of those portions to which objections were made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation, dated November 6, 2019 [Dkt. No. 74], is accepted;

2. The Motion to Dismiss Complaint filed by defendants Judge Natalie Stone and Judge Mark Juhas [Dkt. No. 10] is granted without leave to amend; and

4. Judgment is to be entered accordingly.

DATED: January 2, 2020

_____
THE HONORABLE DAVID O. CARTER
United States District Judge