JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VON SCHLOBOHM, | Case No. 2:19-07358 DOC (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, dated January 2, 2020, IT IS HEREBY ADJUDGED that all claims against defendants Judge Mark Juhas and Judge Natalie Stone are dismissed with prejudice.

DATED: January 2, 2020

_____
THE HONORABLE DAVID O. CARTER
United States District Judge