UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-07358 DOC (ADS)                    Date: January 15, 2020

Title: *Christopher Von Schlobohm v. County of Los Angeles, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
         None Present                                     None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 23, 2019, Plaintiff Christopher Von Schlobohm, proceeding pro se, filed a Civil Rights Complaint under 42 U.S.C. § 1983 against the County of Los Angeles, two social workers for the County of Los Angeles, one deputy counsel for the County of Los Angeles, two superior court judges, and two unnamed defendants. [Dkt. No. 1]. The Court issued an Order Regarding Service and Filing Requirements After Filing of Complaint by Pro Se Plaintiff on September 12, 2019. [Dkt. No. 9]. As of this date, Plaintiff has not provided adequate proofs of service on any of the remaining defendants.

Plaintiff has filed multiple proofs of service and requests for default judgment. [Dkt. Nos. 20, 23, 25, 27, 31, 42]. Plaintiff has received multiple notices of deficiency from the court for failure to comply with service requirements and provide adequate proofs of service. [Dkt. Nos. 22, 29, 34, 48].

Pursuant to the Federal Rules of Civil Procedure, service of the complaint must be made on the defendants within ninety (90) days of filing the complaint. Fed. R. Civ. Proc. 4(m). As such, proof of service needed to be filed to reflect all defendants were properly served by November 21, 2019. Plaintiff has failed to comply with service

requirements, despite receiving the Court's Order Regarding Service and Filing Requirements [Dkt. No. 9] and multiple notices of deficiency regarding service issues.

Since the deadline to serve defendants is well past, and the only properly served defendants have been dismissed, Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and follow court orders**. Plaintiff must file a written response by no later than **January 22, 2020**.

Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh