JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER VON SCHLOBOHM, | Case No. 2:19-07358 DOC (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge [Dkt. No. 44] and the Court's Order Dismissing Action for Failure to Prosecute [Dkt. No. 55] IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

    Judgment with prejudice is entered for defendants Judge Mark Juhas and Judge Natalie Stone and against Plaintiff pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Judgment without prejudice is entered against Plaintiff as to all other named defendants pursuant to Federal Rule of Civil Procedure 4(m) and 41(b) for lack of prosecution.

DATED: February 4, 2020

*David O. Carter*
THE HONORABLE DAVID O. CARTER
United States District Judge